AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

**OFFENSE CHARGED**

Title 8 U.S.C., Section 1326 - Illegal Re-entry (Class C Felony)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

E-filing

PENALTY: Maximum Prison Term of 20 Years;
Maximum Fine of $250,000;
Maximum Term of Supervised Release of 3 years;
Mandatory Special Assessment of $100;
Removal.

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

FILED
DEC -2 P 2 34
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT**

▶ Rolando Martinez Jimenez

DISTRICT COURT NUMBER

CR 10 0879 JSW

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
U.S. Immigration and Customs Enforcement

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
}

Name and Office of Person
Furnishing Information on this form   MELINDA HAAG
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)   Lowell C. Powell

**IS IN CUSTODY**
4) ☒ On this charge

5) ☐ On another conviction  } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes } If "Yes" give date filed
been filed?   ☐ No

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶ Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: no bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:            Before Judge:

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

**FILED**
2010 DEC -2 P 2: 34
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

UNITED STATES OF AMERICA,

V.

# CR 10 0879

**ROLANDO MARTINEZ JIMENEZ,**
a/k/a Roberto Tapia,

**JSW**

E-filing

DEFENDANT(S).

---

## INDICTMENT

VIOLATION: Title 8, United States Code, Section 1326 - Reentry of Removed Alien

---

A true bill.

_____
Foreman

Filed in open court this _____ day of _____ 2010

_____
**BETTY P. LEE**
Clerk

**EDWARD M. CHEN**
UNITED STATES MAGISTRATE JUDGE

No Bail Warrant    Bail $ _____

MELINDA HAAG (CABN 132612)
United States Attorney

FILED
2010 DEC -2 P 2:36
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No.: CR 10 0879 JSW |
| Plaintiff, | |
| v. | VIOLATION: Title 8, United States Code, Section 1326 – Reentry of Removed Alien |
| ROLANDO MARTINEZ JIMENEZ, a/k/a Roberto Tapia, | SAN FRANCISCO VENUE |
| Defendant. | |

INDICTMENT

The Grand Jury charges:

On or about February 3, 2010, the defendant,

ROLANDO MARTINEZ JIMENEZ,
a/k/a Roberto Tapia,

an alien, was excluded, deported and removed from the United States, and thereafter, on or about June 6, 2010, was found in the Northern District of California, the Attorney General of the United States and the Secretary for Homeland Security not having expressly consented to a

///

///

///

INDICTMENT
ROLANDO MARTINEZ JIMENEZ

1  re-application by the defendant for admission into the United States.

2  All in violation of Title 8, United States Code, Section 1326.

3  DATED:                               A TRUE BILL.
   December 2, 2010
4
5                                       _____
                                            FOREPERSON
6  MELINDA HAAG
   United States Attorney
7
8
   GREGG W. LOWDER
9  Chief, Major Crimes Section
10
   (Approved as to form: _____)
11                          SAUSA POWELL
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

INDICTMENT
ROLANDO MARTINEZ JIMENEZ