MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

LOWELL C. POWELL (CABN 235446)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7368
    Facsimile: (415) 436-7234
    E-Mail: lowell.powell2@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> ROLANDO MARTINEZ JIMENEZ, ) <br>    a/k/a Roberto Tapia, ) <br> ) <br> ) <br>     Defendant. ) <br> ) | No. CR 10-0879 JSW <br><br> **STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161** |

On February 10, 2011, the parties in this case appeared before the Court. At that time, the Court set the matter to March 10, 2011. The parties have agreed to exclude the period of time between February 10, 2011 and March 11, 2011, from any time limits applicable under 18 U.S.C. § 3161. The parties represented that granting the exclusion would allow the reasonable time necessary for effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). At the hearing, the Court made findings

///

1  consistent with this agreement. SO STIPULATED:

                              MELINDA HAAG
                              United States Attorney

DATED: February 11, 2011            _____/s/_____
                              LOWELL C. POWELL
                              Special Assistant United States Attorney

DATED: February 11, 2011            _____/s/_____
                              SHAWN HALBERT
                              Attorney for ROLANDO MARTINEZ JIMENEZ

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 10-0879 JSW

## [PROPOSED] ORDER

For the reasons stated above and at the February 11, 2011 hearing, the Court finds that the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from February 10, 2011 through March 10, 2011 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Denying the requested exclusion of time would deprive the parties of the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: 2/14/2011

THE HONORABLE JEFFREY S. WHITE
United States District Judge

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 10-0879 JSW